## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Stephen Keim

                                    Plaintiff,

v.                                                          Case No.: 1:26–cv–02209
                                                            Honorable Jeremy C. Daniel

Justworks Employment Group LLC, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 17, 2026:

     MINUTE entry before the Honorable Jeremy C. Daniel: The defendant's motion for an extension of time [16] is granted. Defendant will file its motion to dismiss by July 10, 2026; Plaintiff will file any opposition to the motion to dismiss by August 7, 2026; and Defendant will file any reply by August 28, 2026. Status hearing set for October 13, 2026. In light of the amended complaint, the defendant's prior motion to dismiss [12] is denied as moot. The motion hearing is stricken. Mailed notice.(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.